# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
2:18 pm Feb 02 2023
Clerk U.S. District Court
Northern District of Ohio
Akron

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 5:23MJ1027-AMK |
| CODY SEBASTIAN STOKOVICH | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  2/2/2023  in the county of  Holmes  in the
Northern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Agent Patricia A. Richardson, MEDWAY
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 02/02/2023

*Judge's signature*

City and state: Akron, Ohio

Amanda M. Knapp, U.S. Magistrate Judge
*Printed name and title*