## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Patricia A. Richardson, a Law Enforcement Officer with the MEDWAY Drug Enforcement Agency, being duly sworn, deposes and states:

## INTRODUCTION

1.      I am currently employed as an Agent with the MEDWAY Drug Enforcement Agency in Wayne County, Ohio.

2.      I attended and graduated from the Buckeye State Police Academy, an affiliate of the Kent State University and earned my State of Ohio Police Officer Training Academy ("OPOTA") certification in June 2009. I served as a Police Officer with the Dalton Police Department, Dalton, Ohio, for approximately nine months before accepting a position with the MEDWAY Drug Enforcement Agency in 2010. During my academy training, I received comprehensive, formalized instruction in matters such as drug identification, detection, money laundering techniques, asset identification, seizure, and forfeiture. In my capacity as an Agent with MEDWAY, I have had training and conducted investigations involving the illegal diversion of pharmaceutical controlled substances and participated in numerous investigations targeting illicit drug traffickers.

3.      I have been employed as a Task Force Officer ("TFO") with the Drug Enforcement Administration ("DEA"), Cleveland District Office from September 2012 to November 2020. In those 8 years I served as a deputized TFO within the meaning of Title 18, United States Code and Section 2510(7), that is, an officer of the United States who is empowered in Title 18, United States Code and Section 2516.

4.      In my capacity as a DEA TFO, I investigated federal drug offenses under Title 21 of the United States Code. During these investigations, I have debriefed defendants,

1

sources of information, and other witnesses who have personal knowledge regarding the illegal use of controlled substances and controlled substance distribution. During my career, I have been either lead investigator or participated in many criminal investigations involving violations of the Controlled Substance Act in the United States Code and applicable laws set forth in the Ohio Revised Code. The facts contained in this Affidavit are based upon my personal knowledge of the investigation, in addition to the knowledge, training, experience, and the observations of other law enforcement officers.  All observations and information referenced below that were not personally made or learned by me were relayed to me by the persons who made such observations or learned such information, to include being provided information verbally or in written format.

5.      This Affidavit contains information necessary to support probable cause for this application.  This Affidavit is not intended to be a complete review of all topics discussed in interviews or conversations referenced herein.  In addition, this Affidavit is not intended to include each and every fact and matter observed or known by me, other law enforcement officers, or the government.

6.      I allege the facts and circumstances contained in this affidavit show probable cause that **CODY SEBASTIAN STOKOVICH, DOB 05/**/1982** has committed the offense of Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g).  I am submitting this affidavit in support of a Criminal Complaint and an Application for an Arrest Warrant pursuant to Rules 3 and 4 of the Federal Rules of Criminal Procedure, authorizing the arrest of **STOKOVICH.**

## BACKGROUND

7.      I am an investigator involved in a criminal investigation concerning

**STOKOVICH.**   I have reviewed local law enforcement reports, evidence of the described criminal act(s), spoken with other investigators regarding, and been directly involved in the investigation related to alleged violations of federal illegal narcotics laws by **STOKOVICH.**

8.      On February 2, 2023, a search warrant was executed at 164 N. Monroe Street, Millersburg, Ohio at the residence of **STOKOVICH**. While searching the residence, law enforcement found one Bushmaster rifle with serial number #BFI631268 and one Ruger RP9 serial number #RP035470H with multiple loaded magazines and miscellaneous ammunition in the bedroom of **STOKOVICH**. During an interview of **STOKOVICH's** mother, she identified the basement bedroom belonged to **STOKOVICH** and she further stated she did not own any firearms. Law Enforcement also located paperwork with **STOKOVICH**'s name and men's clothing throughout the bedroom. The only two residents of the home are **STOKOVICH** and his mother.

9.      On February 2, 2023, I spoke with Special Agent (SA) Jason Petaccio, who is employed by ATF and a Firearm Interstate Nexus Expert. SA Petaccio evaluated the Bushmaster Rifle, and Ruger RP9, which were found in the bedroom of **STOKOVICH**. SA Petaccio verified the weapons to be firearms as defined under Federal law and have traveled in interstate and/or foreign commerce.

10.      Affiant reviewed **STOKOVICH**'s criminal history which indicates that **STOKOVICH** has previously been convicted of crimes punishable by imprisonment for terms exceeding one year including Aggravated Trafficking in Drugs (methamphetamine) with a firearm specification, a felony of the third degree on or about August 14, 2018 in Wayne County Court of Common Pleas Case 2018CRC-1 000128; Aggravated

Trafficking in Drugs (methamphetamine) with a firearm specification, a felony of the third degree on or about August 14, 2018 in Wayne County Court of Common Pleas Case 2018CRC-1 000169.  **STOKOVICH** is aware that he was convicted of these crimes and that the crimes were punishable by more than one year.  Based on these convictions, **STOKOVICH** is prohibited from possessing a firearm.

11.     Based on the information contained herein, I believe probable cause exists that **STOKOVICH** has violated Title 18 USC 922(g)(1), for being a person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess in or affecting commerce, any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

12.     I respectfully request that a Criminal Complaint and Arrest Warrant be issued for **CODY SEBASTIAN STOKOVICH, (DOB 05/**/1982)** for the above reference violations.

_____
Patricia A. Richardson
Agent
MEDWAY Drug Enforcement Agency

SUBSCRIBED AND SWORN TO ME THIS 2nd DAY OF FEBRUARY, 2023
VIA TELEPHONE AFTER SUBMISSION BY RELIABLE ELECTRONIC
MEANS. FED. R. CRIM. P. 4.1 AND 41(d)(3).

_____
AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE