# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
FEB 03 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

United States of America
v.
CODY SEBASTIAN STOKOVICH

Case No. 5:23MJ1027-AMK

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CODY SEBASTIAN STOKOVICH,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1)

Date: 02/02/2023

*Issuing officer's signature*

City and state: Akron, Ohio

Amanda M. Knapp, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/02/2023, and the person was arrested on *(date)* 02/03/2023
at *(city and state)* Millersburg, OH.

Date: 02/03/2023

*Arresting officer's signature*

PATRICIA A RICHARDSON
*Printed name and title*