# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| v. | * | CASE NO. 5:23CR88 |
| | * | |
| CODY SEBASTIAN STOKOVICH | * | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

[✓] That the Defendant has consented to the use of video teleconferencing/ teleconferencing to conduct the proceeding(s) held today, after consultation with counsel;

and

The proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    [ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    [ ] Other:

_____

_____

Date: 3/6/2023

s/Jennifer Dowdell Armstrong
_____
United States Magistrate Judge